# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| MAURICE FOLEY, | : No. 2 WAP 2015 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court dated December 11, |
| | : 2014 and entered December 12, 2014 at |
| v. | : No. 118 MD 2013, dismissing the appeal. |
| | : |
| | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF | : |
| CORRECTIONS, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**

AND NOW, this 15th day of June 2015, the Order of the Commonwealth Court is

AFFIRMED.